UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOAN PHAN, | No. 2:16-cv-0256 KJM AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| EMPLOYMENT DEVELOPMENT DEPARTMENT, | |
| Defendant. | |

Plaintiff is proceeding in this action pro se. The case was accordingly referred to the undersigned magistrate judge by E.D. Cal. R. 302(c)(21).

Defendant has filed a motion to dismiss and noticed it for hearing on July 20, 2016. ECF No. 6. Plaintiff has requested an indefinite continuance of the hearing, and defendant has agreed to a continuance of 45-60 days. ECF Nos. 8, 10.

Accordingly, IT IS HEREBY ORDERED that the hearing on defendant's motion to dismiss (ECF No. 6) is CONTINUED to September 21, 2016, at 10:00 a.m.

DATED: June 15, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE