1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

| | |
|---|---|
| LOAN PHAN, | No.  2:16-cv-0256 KJM AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| EMPLOYMENT DEVELOPMENT DEPARTMENT, | |
| Defendant. | |

17   Plaintiff is proceeding in this action pro se.  The case was accordingly referred to the

18   undersigned magistrate judge by E.D. Cal. R. 302(c)(21).

19   Defendant has filed a motion to dismiss and originally noticed it for hearing on July 20,

20   2016.  ECF No. 6.  Plaintiff requested an indefinite continuance of the hearing, and defendant

21   agreed to a continuance of 45-60 days.  ECF Nos. 8, 10.  The court continued the hearing to

22   September 21, 2016.  ECF No. 11.  Plaintiff has not timely responded to defendant's motion.

23   In addition, plaintiff has filed a "Petition for Medical Records To Be Sealed."  ECF No. 9.

24   Requests to seal documents are governed by the Local Rules of this court.  See E.D. Cal. R.

25   ("Local Rule") 141.  Plaintiff's petition does not comply with the Local Rules, and will

26   accordingly be denied.

27   Therefore, IT IS HEREBY ORDERED that:

28   1.  Plaintiff shall, no later than September 28, 2016, file an opposition to defendant's

1

1   Motion To Dismiss, or a Statement of Non-Opposition.  Plaintiff is cautioned that failure to

2   comply with this order may result in a recommendation that this action be dismissed.

3       2.  Defendant shall file its reply, if any, no later than October 5, 2016.

4       3.  The hearing on the motion, currently scheduled for September 21, 2016, is

5   CONTINUED to October 7, 2016 at 10:00 a.m.

6       4.  Plaintiff's Petition (ECF No. 9) is DENIED.

7   DATED: September 15, 2016

8

9   ALLISON CLAIRE
    UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2