1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOAN PHAN, | No. 2:16-cv-256 KJM CKD PS |
| Plaintiff, | |
| v. | ORDER |
| EMPLOYMENT DEVELOPMENT DEPARTMENT, | |
| Defendant. | |

This matter was initially referred to the magistrate judge for pretrial management because plaintiff was proceeding pro se. See Local Rule 302(c)(21). On September 19, 2016, counsel substituted in for plaintiff. Because plaintiff is now represented by counsel, pretrial matters, other than discovery motions, should now be noticed before the District Judge assigned to this action. The magistrate judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is referred back to the District Judge assigned to this action;

2. All dates pending before the undersigned are vacated; and

/////

/////

/////

1

3. Henceforth the caption on documents filed in this action shall be No. 2:16-cv-256 KJM CKD.

Dated: September 22, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 phan0256.ref