VICKI E. CODY, State Bar No. 157842
Law Offices of Bowman & Associates
  3841 N. Freeway Blvd., Suite 185
  Sacramento, CA 95834
  Telephone: (916) 923-2800
  Facsimile: (916) 923-2828
  E-mail: vcody@bowmanandassoc.com
*Attorneys for Plaintiff*
*Loan Phan*


KATHLEEN A. KENEALY
Acting Attorney General of California
SUSAN E. SLAGER, State Bar No. 162942
Supervising Deputy Attorney General
MARC B. KOENIGSBERG, State Bar No. 204265
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 322-0235
  Facsimile: (916) 324-5567
  E-mail: Marc.Koenigsberg@doj.ca.gov
*Attorneys for Defendant*
*Employment Development Department*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LOAN PHAN,** <br><br> Plaintiff, <br><br> v. <br><br> **EDD (EMPLOYMENT DEVELOPMENT DEPARTMENT),** <br><br> Defendant. | 2:16-cv-00256-KJM-CKD <br><br> **JOINT STIPULATION AND ORDER PERMITTING PLAINTIFF TO FILE A THIRD AMENDED COMPLAINT; DECLARATION OF VICKI E. CODY** <br><br> Complaint Filed: 2/10/2016 <br> Second Amended Complaint: 11/23/2016 |

Pursuant to Rule 137(c) and Rule 143 of the Local Rules of the United States District Court for the Eastern District of California, the parties hereby stipulate and agree, and request the

1

Court allow, plaintiff Loan Phan to file a Third Amended Complaint by Wednesday, February 1, 2017, without need for defendant Employment Development Department to respond to plaintiff's Second Amended Complaint by Wednesday, January 11, 2017, as previously stipulated and ordered.

Following further meet and confer by the parties, including further investigation by plaintiff's counsel, plaintiff's counsel is optimistic that one more amendment will eliminate objections the defense has made during the parties' meet and confer process.

Currently the defense has a deadline of January 11, 2017, to file a responsive pleading to the Second Amended Complaint. Though plaintiff's counsel is aware that Local Rule 137(c) requires the Third Amended Complaint to be attached as an exhibit to this stipulation, plaintiff's counsel will not have an opportunity to begin work on the Third Amended Complaint until the week of January 23, 2017, due to other client commitments, as explained in the attached declaration of plaintiff's counsel.

The parties are making a good faith effort to resolve pleading issues without the need for motions in court. The parties are confident that permitting the filing of a Third Amended Complaint will enable the litigation to go forward (either with an early resolution or lengthier litigation).

IT IS SO STIPULATED.

Dated:  January _5_, 2017              Respectfully submitted,

BOWMAN & ASSOCIATES

/s/      /s/
VICKI E. CODY
*Attorneys for Plaintiff*
*Loan Phan*

Dated:  January __5_, 2017             Respectfully submitted,

KATHLEEN A. KENEALY
Acting Attorney General of California
SUSAN E. SLAGER
Supervising Deputy Attorney General

/s/
MARC B. KOENIGSBERG
Deputy Attorney General
*Attorneys for Defendant*
*Employment Development Department*

1 **ORDER**

2  The Court, having considered the stipulation of the parties, hereby approves the

3 stipulation and sets forth as follows: plaintiff Loan Phan shall file a Third Amended Complaint on

4 or before February 1, 2017.

5 **IT IS SO ORDERED.**

7 DATED: January 6, 2017.

_____
UNITED STATES DISTRICT JUDGE